PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Apr 04, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CYBERTIPLINE REPORTS 130984180, 130984197, 130984205, 130984212, AND 130984214, THAT IS STORED AT PREMISES MAINTAINED BY REDDIT, INC. | CASE NO. 2:23-SW-01199-AC<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The search warrant in the above-captioned matter was executed in November 2023. Follow up investigation related to the property resulted in pre-indictment guilty pleas in March 2024. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant, search warrant affidavit, and related case filings be unsealed.

Dated: April 3, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney